The judgment is reversed, and the cause remanded.

---

## SCHULER v. STATE.  (No. 6224.)

(Court of Criminal Appeals of Texas.  Nov. 23, 1921.)

Criminal law 💬1144(13)—Presumption that verdict is sustained conclusive in absence of statement of facts.

No statement of facts accompanying the record, the presumption that the verdict is sustained by the facts proved is conclusive.

Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge.

Howard Schuler was convicted of theft, and appeals. Affirmed.

W. W. Nelms, of Dallas, for appellant.
R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J.  Conviction is for theft; punishment fixed at confinement in the penitentiary for a period of two years.

In the brief and argument the judgment is attacked solely upon the ground that the evidence was not sufficient to support the verdict.

We find no statement of facts accompanying the record, in the absence of which the presumption that the verdict is sustained by the facts proved is conclusive.

The judgment is affirmed.